**Exhibit A to the Complaint**

**Location:** Corona, CA  
**Total Works Infringed:** 75

**IP Address:** 104.187.49.200  
**ISP:** AT&T U-verse

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | E2E738A023ED0C5032A028D5D3AC7DB55D80DDC7 | Vixen | 02/10/2018 04:48:44 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 2 | 02468FB5936B82D569B3718F48FF71EEBE6C9E14 | Tushy | 07/24/2017 03:49:58 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 3 | 07D7E8C01244DE2B45F694EC522F904112E41652 | Vixen | 08/14/2017 06:57:18 | 08/12/2017 | 08/17/2017 | PA0002048373 |
| 4 | 13C9573AFC29FB933B701A2EC6625DD88531B6D2 | Vixen | 12/21/2017 07:42:48 | 12/20/2017 | 01/18/2018 | 16199943862 |
| 5 | 15767B4CF1BDB5ADD8DC3544393A9C265AFAA5B5 | Blacked | 01/01/2018 11:49:40 | 12/16/2017 | 01/18/2018 | 16215824182 |
| 6 | 1D4049513062B062CD16BC94DD23B350354A4D2C | Blacked Raw | 01/28/2018 11:31:38 | 01/27/2018 | 02/07/2018 | 16338676942 |
| 7 | 2042115E3D27701818D17E6E92823F808A0D4452 | Vixen | 08/28/2017 11:01:48 | 08/27/2017 | 09/07/2017 | PA0002052843 |
| 8 | 21E262CE5356082B3CDE917564BE91B011CB1EF7 | Blacked Raw | 12/19/2017 13:36:03 | 12/18/2017 | 01/18/2018 | 16215823662 |
| 9 | 22DE3D0DBDC4F63D4CB286F6154F3FCCC3D7FABF | Vixen | 07/24/2017 09:48:51 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 10 | 23C75D98A22B6821F255E85F2ED58CC5CEC8E2DD | Blacked | 09/28/2017 17:52:43 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 11 | 24D8A4B04637387530796E5D65A63987ABE9317A | Vixen | 01/16/2018 08:57:45 | 01/14/2018 | 01/20/2018 | 16223964582 |
| 12 | 28F94F30A942C1A433243BEF5077E036528DDAF8 | Blacked Raw | 11/10/2017 05:32:27 | 11/08/2017 | 11/21/2017 | 16013185382 |
| 13 | 2CB43429526775645D5837FE2C63CFFB1B0D2802 | Vixen | 11/03/2017 13:41:23 | 10/31/2017 | 11/15/2017 | 16016503266 |
| 14 | 2FE4248FF403CC4AC400EB970FBEF1FC8D8454F4 | Blacked | 02/10/2018 07:32:12 | 02/09/2018 | 02/16/2018 | 16331855770 |
| 15 | 3322700996A03ADC28816C7F4921A496821C476B | Blacked | 07/11/2017 14:59:44 | 07/09/2017 | 08/17/2017 | PA0002077662 |
| 16 | 35FC391D7869DA183CB119D3D676978EC11ADDB9 | Blacked Raw | 12/14/2017 08:47:46 | 12/13/2017 | 12/17/2017 | 16159650081 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 3637879FCB7A309DC4BA4B9F7C2D9FB1905E7544 | Tushy | 09/29/2017 09:02:44 | 09/28/2017 | 10/10/2017 | PA0002086160 |
| 18 | 3899DF23466A4A4C58CA53479AE6CF8DD8BEF4C2 | Tushy | 01/18/2018 14:07:36 | 12/27/2017 | 01/18/2018 | 16215823711 |
| 19 | 435ACBFEE6F7D35AEB73DBED1A165D6A9121AAEB | Blacked | 11/22/2017 04:56:19 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 20 | 4621BB4A0025EC53A878119567D5F952DB339CE7 | Blacked | 05/29/2017 09:51:58 | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 21 | 46657A0D537BDE2011466635C4942788C9B3C075 | Vixen | 02/16/2018 01:26:14 | 02/13/2018 | 02/17/2018 | 16335134323 |
| 22 | 46B6BC58D9419E580B5EF739E510D46E8280A10D | Tushy | 08/18/2017 08:21:54 | 08/14/2017 | 08/17/2017 | PA0002048391 |
| 23 | 47BF158F64C12785E111714AF9A6D0C692778D77 | Blacked | 10/03/2017 16:54:27 | 10/02/2017 | 10/10/2017 | PA0002086142 |
| 24 | 4B20A7D717BB4F66EA00E5E98038015D9D400FCA | Tushy | 01/17/2018 05:41:59 | 01/16/2018 | 01/20/2018 | 16215823881 |
| 25 | 4FD530AFCD695ED8E130447A426E45259006C41E | Tushy | 11/03/2017 02:26:39 | 10/28/2017 | 11/15/2017 | 16013254281 |
| 26 | 55013B7D1DFC88C02CE9275E239C51576ECBBA21 | Tushy | 02/06/2018 13:53:52 | 02/05/2018 | 02/07/2018 | 16288499121 |
| 27 | 57265592C5C5250306EC4D4BB6CE2E5CAC8E09C5 | Tushy | 09/10/2017 11:35:46 | 09/08/2017 | 09/20/2017 | PA0002052841 |
| 28 | 5CC7EFDE75DF2F2876F477C07B4A14FFB4FEE171 | Tushy | 06/20/2017 06:28:33 | 06/15/2017 | 07/07/2017 | PA0002070815 |
| 29 | 65CF8DA2D031F334F39B20014B15DA107B9EAA15 | Blacked | 08/12/2017 07:32:12 | 08/08/2017 | 08/18/2017 | PA0002077679 |
| 30 | 6640701B1DDC6C0A424BFD623B41D98E73D11B77 | Vixen | 08/12/2017 06:46:33 | 08/07/2017 | 08/17/2017 | PA0002077669 |
| 31 | 698177E2B9D81FCDCC41C55002A0CDB5DE9C3670 | Vixen | 01/09/2018 18:28:45 | 12/15/2017 | 01/18/2018 | 16215970293 |
| 32 | 6EAAFE0F3E012E94CE6FF11EC5DFC0835CDABEA6 | Blacked | 07/25/2017 06:32:21 | 07/24/2017 | 08/11/2017 | PA0002046874 |
| 33 | 7B57FCC04E365EC8AFA37E1EEDD1AEC885BB92B3 | Blacked | 12/07/2017 02:52:42 | 12/06/2017 | 12/17/2017 | 16159688299 |
| 34 | 7F60E5679CD0B8BA8E55083B48D3C62E794934D5 | Tushy | 05/29/2017 02:35:35 | 05/26/2017 | 06/22/2017 | PA0002039288 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 87894E3FA489B812EA1EDF9CCFE61C6FABBFFFED | Blacked | 12/01/2017 22:09:36 | 12/01/2017 | 12/17/2017 | 16159649724 |
| 36 | 88EDD4A5B85427C95D1D5E565FE29845E938A31C | Vixen | 05/16/2017 07:24:24 | 05/14/2017 | 06/22/2017 | PA0002039297 |
| 37 | 8DD74BAC881068002B2476A3A64C93B76826A9B9 | Tushy | 12/03/2017 15:28:09 | 12/02/2017 | 12/17/2017 | 16159649585 |
| 38 | 8F9BABAB8966A6FEEDE9DEE43D5DF32500DC8A81 | Tushy | 02/16/2018 08:18:54 | 02/15/2018 | 03/02/2018 | 16335134751 |
| 39 | 933264A7E1BE372770286D56E1E2640F4BE36D81 | Tushy | 01/14/2018 03:23:30 | 12/22/2017 | 01/18/2018 | 16215823592 |
| 40 | 93CA44DFF7066CAF6B79B39890525ADB5BED10C0 | Tushy | 08/29/2017 01:49:59 | 08/24/2017 | 08/24/2017 | PA0002052837 |
| 41 | 992FDDD2DE50632349443D9DA5DE56C05C7BE204 | Blacked | 05/11/2017 21:49:20 | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 42 | 994070E478C62E2A2E9B891D9724CE8D5DB26E29 | Tushy | 01/14/2018 02:42:19 | 01/11/2018 | 01/18/2018 | 16215970391 |
| 43 | 9E77DF7FCCB30D04DC6500C39CC3EF0AA2B48257 | Blacked | 09/02/2017 22:29:12 | 09/02/2017 | 09/07/2017 | PA0002052847 |
| 44 | 9FEF67B7211449EAC37C3C8AB46758A222FD9FA2 | Blacked | 02/16/2018 04:35:56 | 02/14/2018 | 03/02/2018 | 16331855691 |
| 45 | A577CA471B6B0200E68B0016523C5EF8A0C7C2E5 | Vixen | 10/29/2017 03:22:56 | 10/26/2017 | 11/15/2017 | 16013255040 |
| 46 | A66737A2C0C052A322F7121CB249A59EEBB0E177 | Blacked | 06/02/2017 22:39:16 | 05/30/2017 | 06/22/2017 | PA0002039295 |
| 47 | A90A83B444B4CCE14D07FBDCB7364C00F265F746 | Blacked Raw | 02/02/2018 04:22:48 | 02/01/2018 | 02/07/2018 | 16288762262 |
| 48 | B12B67AFC920BEBDB95BAF1C8800D289749BC677 | Blacked | 10/18/2017 14:16:23 | 10/17/2017 | 11/15/2017 | 16013343097 |
| 49 | B219D12248F1CA666493E6415186170418E22D01 | Vixen | 12/07/2017 11:57:50 | 12/05/2017 | 12/17/2017 | 16159649863 |
| 50 | B707512E8E5AFBF298A9B9F8654E2BB535D1CCE7 | Vixen | 09/12/2017 23:10:11 | 09/11/2017 | 09/20/2017 | PA0002052839 |
| 51 | B9266888029C4F2FE729EC54F40765EDAC6C4DAB | Vixen | 11/18/2017 00:35:50 | 11/15/2017 | 11/21/2017 | 16013342550 |
| 52 | C081E6671CA990E5C94F9001B4F525B783D100EC | Vixen | 10/03/2017 18:46:12 | 10/01/2017 | 10/10/2017 | PA0002086155 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | C4D962D93D3A28A8A1E03974E4AB29F4BF9E8331 | Vixen | 06/10/2017 06:41:24 | 06/08/2017 | 07/07/2017 | PA0002070832 |
| 54 | C8D1E5C19A4221AC02A97002AB885906308DAC93 | Blacked Raw | 01/18/2018 03:53:49 | 01/17/2018 | 01/20/2018 | 16215824084 |
| 55 | CA0560D2CC3CE0546C8A38C8D7A55089AE430A8E | Blacked | 02/02/2018 04:26:31 | 01/30/2018 | 03/01/2018 | PA0002079186 |
| 56 | CA6678C58C405A501AF293322491A7DBD8B843A4 | Tushy | 07/23/2017 23:50:36 | 07/15/2017 | 08/11/2017 | PA0002075050 |
| 57 | CF7373B976BF078DBB9CE0871213D8469D84358D | Tushy | 10/04/2017 19:25:53 | 10/03/2017 | 10/10/2017 | PA0002086147 |
| 58 | D03BF7C43A2F989CD84F9B6037D4941B7C616ED0 | Blacked | 06/15/2017 05:52:22 | 06/14/2017 | 07/07/2017 | PA0002070824 |
| 59 | D0BB360420E57FE725E43E8A0001D26CEABF17CC | Blacked Raw | 01/23/2018 02:17:05 | 01/22/2018 | 02/03/2018 | 16288762462 |
| 60 | D0EEAC4F4929D503CEFAF291FD54DB4E584FA615 | Blacked | 01/14/2018 02:20:57 | 01/10/2018 | 01/18/2018 | PA0002070942 |
| 61 | D1FC96E10BA7748B5EB03C8BF0B6C39397B9979F | Tushy | 11/21/2017 17:47:19 | 11/02/2017 | 11/15/2017 | 16013254789 |
| 62 | DD25D5793D9B4E6B233443D51BBBAB888FCC9FF8 | Vixen | 05/10/2017 09:53:46 | 05/09/2017 | 06/22/2017 | PA0002039298 |
| 63 | E077B1FF542F9813257F25F80DF621F1EC832879 | Vixen | 09/07/2017 09:39:28 | 09/06/2017 | 09/14/2017 | PA0002052844 |
| 64 | E10259BB09AFE9410D944641E94048900ADEF0F2 | Blacked | 12/14/2017 08:44:40 | 12/11/2017 | 12/17/2017 | 16159650140 |
| 65 | E12FD4D629A309DFE8E61034EB8298524FDBCC27 | Vixen | 01/20/2018 02:26:18 | 01/19/2018 | 02/03/2018 | 16331856016 |
| 66 | E624078D6EFCDFA76F06EA9E4048E05FF7C600C5 | Blacked | 08/07/2017 03:56:44 | 08/03/2017 | 08/17/2017 | PA0002077671 |
| 67 | EB2486249DE6C26072552A5E7406D85E4BE43952 | Tushy | 07/01/2017 07:02:04 | 06/30/2017 | 07/07/2017 | PA0002070818 |
| 68 | F3C3327EC20577E9957D7303D1CA2216464EE641 | Blacked | 08/14/2017 09:03:09 | 08/13/2017 | 08/17/2017 | PA0002077675 |
| 69 | F4AA138039846AD2D2205FAA3036CD827E520187 | Tushy | 10/28/2017 22:04:40 | 10/18/2017 | 11/15/2017 | 16016503463 |
| 70 | F670712F170031C3BD02EAC6C0D811ABF1C0EA1B | Blacked | 09/14/2017 20:39:38 | 09/12/2017 | 09/20/2017 | PA0002052846 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 71 | F8FEB2EE6C17B37610C5B2AE85F0266CB0C5C5BD | Blacked | 07/05/2017 09:09:05 | 07/04/2017 | 07/07/2017 | PA0002070819 |
| 72 | FB53F3EECB506F8A44A81683849E6F2D11533EA7 | Vixen | 08/29/2017 06:40:53 | 08/22/2017 | 09/07/2017 | PA0002052852 |
| 73 | FD622BCB0843A8B0A5C4FAAD98CA90F0DC55A559 | Blacked | 09/23/2017 19:17:30 | 09/22/2017 | 10/02/2017 | PA0002057455 |
| 74 | FDA6F2B654640FD8E18B02888B218DC0E952DCD8 | Vixen | 02/08/2018 21:46:39 | 01/29/2018 | 02/07/2018 | 16335134850 |
| 75 | FE02F2A21D11DA6DDD57334B205EE6AAC2A01263 | Vixen | 01/05/2018 17:58:59 | 01/04/2018 | 01/18/2018 | PA0002070947 |