```
                                                     FILED
                                              CLERK, U.S. DISTRICT COURT

                                                  June 7, 2018

                                              CENTRAL DISTRICT OF CALIFORNIA
                                              BY: Natalie Longoria  DEPUTY
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

In the Matter of the Reassignment of Cases  )
To the Calendar                             )
                                            )
                                            )
of                                          )          ORDER OF THE CHIEF JUDGE
                                            )
                                            )
JUDGE TERRY J. HATTER, JR.                  )              **18-018**
                                            )
_____     )

IT IS ORDERED, with the concurrence of the Case Management and Assignment Committee, the following cases are transferred to the calendar of Judge Terry J. Hatter, Jr., for all further proceedings:

      5:18-cv-00787-AB-SPx:     Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 104.187.49.200

      5:18-cv-00788-JAK-SPx:    Strike 3 Holdings, LLC v. John Doe

      5:18-cv-00789-RSWL-SPx:   Strike 3 Holdings, LLC v. John Doe

      5:18-cv-00790-SJO-KKx:    Strike 3 Holdings, LLC v. John Doe

      5:18-cv-00791-GW-SHKx:   Strike 3 Holdings, LLC v. John Doe

      5:18-cv-00792-GW-KKx:    Strike 3 Holdings, LLC v. John Doe

      5:18-cv-00793-AB-SHKx:   Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 71.83.183.170

      5:18-cv-00794-FMO-SPx:   Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 96.40.181.79

      5:18-cv-00795-DMG-SHKx: Strike 3 Holdings, LLC v. John Doe

      5:18-cv-00796-AB-KKx:    Strike 3 Holdings, LLC v. John Doe

      5:18-cv-00797-RGK-SHKx:  Strike 3 Holdings, LLC v. John Doe

      5:18-cv-00798-MWF-SPx:   Strike 3 Holdings, LLC v. John Doe

      5:18-cv-00799-MWF-KKx:   Strike 3 Holdings, LLC v. John Doe

      5:18-cv-00800-RSWL-KKx:  Strike 3 Holdings, LLC v. John Doe

      5:18-cv-00801-RGK-SPx:   Strike 3 Holdings, LLC v. John Doe

In the Matter of the Reassignment of
Cases to the Calendar of
Judge Terry J. Hatter, Jr.                                                    Page 2


      On all documents subsequently filed in this case, please substitute the initials TJH(SPx)

after the case number in place of the initials of the prior Judge.


Dated:   June 7, 2018                        _____
                                             Chief Judge Virginia A. Phillips