# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| STRIKE 3 HOLDINGS, LLC, | Case No.: 5:18-cv-00787-TJH-SPx |
|---|---|
| Plaintiff, | **ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT  [13]** |
| vs. | |
| JOHN DOE subscriber assigned IP address 104.187.49.200, | |
| Defendant. | |

THIS CAUSE came before the Court upon Plaintiff's e*x-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have until October 22, 2018 to effectuate service of a summons and Complaint on Defendant.

**DONE AND ORDERED**.

Dated:  July 20, 2018              By:  _____
                                                          Hon. Terry J. Hatter, Jr.,
                                                          **United States District Judge**