Lincoln D. Bandlow, Esq. (CA #170449)
Fox Rothschild LLP
Constellation Place
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Tel.: (310) 598-4150
Fax: (310) 556-9828
lbandlow@foxrothschild.com

*Attorneys for Plaintiff*
*Strike 3 Holdings, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION-RIVERSIDE

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case Number: 5:18-cv-00787-TJH-SP |
| Plaintiff, | Honorable Judge Terry J. Hatter, Jr |
| vs. | |
| JOHN DOE subscriber assigned IP address 104.187.49.200, | **PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 104.187.49.200** |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 104.187.49.200, are voluntarily dismissed with prejudice.

Dated: September 7, 2018                              Respectfully submitted,

                                                      By: /s/ *Lincoln D. Bandlow*
                                                      Lincoln D. Bandlow, Esq.
                                                      FOX ROTHSCHILD LLP
                                                      *Attorney for Plaintiff*